UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
TRAFIGURA BEHEER B.V.,                          :

        Plaintiff,                                    :

   - against -                                       :     ECF CASE

OSTRIA WAVES LTD.,                              :

        Defendant.                                  :
-------------------------------------------------------- X

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: April 24, 2007
      New York, NY

                              The Plaintiff,
                              TRAFIGURA BEHEER B.V.,

                              By: _____
                              Nancy R. Peterson (NP 2871)
                              Lauren C. Davies (LD 1980)
                              Thomas L. Tisdale (TT 5263)
                              TISDALE & LENNON, LLC
                              11 West 42nd Street, Suite 900
                              New York, NY 10036
                              (212) 354-0025 – phone
                              (212) 869-0067 – fax
                              ldavies@tisdale-lennon.com
                              ttisdale@tisdale-lennon.com